CITY BANK FARMERS TRUST COMPANY, as Trustee for HELEN M. WIEGERS and Others under the Deeds of Trust Made by BERNARR MACFADDEN, Respondent, *v.* MARY MACFADDEN, Appellant, and BERNARR MACFADDEN et al., Respondents.

Argued May 23, 1949; decided June 3, 1949.

712

*Maurice V. Seligson* and *Lewis F. Glaser* for appellant.
*Edward C. McLean* and *Frederick O. McKenzie* for Bernarr
Macfadden, respondent.

*Alfred Rathheim,* guardian ad litem for Philip Herbert and others, respondent in person.

Judgments affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.